# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NICOLE CHILDRESS,<br><br>        Plaintiff,<br>v.<br><br>CREDIT CONTROL SERVICE, INC. d/b/a<br>CREDIT COLLECTION SERVICES,<br><br>        Defendant. | Case No. 4:18-CV-02036-RLW |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Nicole Childress, by and through her undersigned counsel, and notifies the Court that the parties have reached a settlement that resolves this matter. Plaintiff respectfully requests sixty (60) days, up to and including July 12, 2019 to complete the necessary settlement paperwork, and this matter will thereafter be dismissed.

                                                 Respectfully submitted,

                                                 **ROSS & VOYTAS, LLC**

                                     By: <u>/s/ Ethan W. Gee</u>
                                               Richard A. Voytas, Jr. # 52046 MO
                                               Ethan W. Gee #70075 MO
                                               12444 Powerscourt Drive Suite 370
                                               St. Louis, MO 63131
                                               (314) 394-0605 (telephone)
                                               (636) 333-1212 (facsimile)
                                               rick@rossvoytas.com
                                               ethan@rossvoytas.com

                                               Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 13th day of May, 2019, with notice of case activity generated and sent electronically to all counsel of record.

                                        /s/ Ethan W. Gee