UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE CHILDRESS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:18CV2036 RLW |
| CREDIT CONTROL SERVICE, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation for Dismissal filed by the parties (ECF No. 22),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 8th day of July, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**